**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-4764-18T1

WELLS FARGO BANK, NA,

     Plaintiff-Respondent,

v.

JAMES MORENO, JR., a/k/a
JAMES MORENO,

     Defendant-Appellant,

and

CARMEN MORENO, a/k/a
CARMEN I. MORENO,
STATE OF NEW JERSEY
AND TRINITAS HOSPITAL,

     Defendants.

_____

        Submitted March 18, 2020 – Decided April 6, 2020

        Before Judges Haas and Enright.

        On appeal from the Superior Court of New Jersey, Chancery Division, Bergen County, Docket No. F-039809-15.

Bastarrika, Soto, Gonzalez & Somohano, LLP attorneys for appellant (Franklin G. Soto, on the brief).

Reed Smith LLP, attorneys for respondent (Henry F. Reichner, of counsel and on the brief).

PER CURIAM

This matter has been amicably adjusted and the parties have stipulated to the dismissal of this appeal. Accordingly, the appeal is dismissed with prejudice and without costs.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

A-4764-18T1